UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00029-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KANESHA DAWKINS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter dated April 28, 2014 (#15). Reading such letter in a light most favorable to defendant, it appears that she is seeking court intervention in her request to move out her mother's home during supervised release, which has apparently been disapproved by her supervising officer. One of the conditions of defendant's release is that "27. The defendant shall reside with her Mother in Cabarrus County." Unless such condition is changed by the court, defendant must abide by that condition or face another supervised release violation and possible additional imprisonment. If defendant believes she has good cause for requesting an amendment to her conditions – which would be something more than the desire to live somewhere else as expressed in the letter – she should contact her court appointed attorney, Mr. Davis, and talk to him about seeking an amendment.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from the court in her letter (#15), that relief is denied without prejudice.

Signed: 5/9/2014

Max O. Cogburn Jr.
United States District Judge